**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT DESIGNATED FOR PUBLICATION

Dannon Sellers
Winn Correctional Center DOC No. 556277
P.O. Box 1260
Winnfiled LA 71483-1260

**REHEARING ACTION: October 1, 2014**

**Docket Number: 14   00440-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DANNON SELLERS**

**Writ Application from St. Martin Parish Case No. 08-234909**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Billy Howard Ezell**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dannon Sellers** has this day been

    **DENIED.**

cc: Hon. J. Phillip Haney, Counsel for  the Respondent